IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANTONIO VILLAFANA, | § | |
| *Plaintiff*, | § | 5-17-CV-00088-RBF |
| vs. | § | |
| TINK-A-TAKO, LLC, NICOLAS PADILLA, | § | |
| *Defendants*. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Stipulation of Dismissal filed by Plaintiff Antonio Villafana. Dkt. No. 57. Villafana seeks to voluntarily dismiss his claims against Defendants Tink-a-Tako, LLC and Nicolas Padilla without prejudice. The stipulation has been signed by all parties who have appeared in this action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

SIGNED this 28th day of February, 2018.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE